LAW OFFICES

# LAZZARO LAW FIRM, P.C.

360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO                                                                                                                              * ADMITTED IN NY & NJ
RANDALL LAZZARO *

———————————

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

July 9, 2021

Honorable Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York  10007

The court strongly recommends that the Bureau of Prisons transfer defendant's detention to a facility located in New York City, preferably the MCC, to avoid impairment of defendant's access to counsel and to promote family visits.
So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
7/13/21

Re:     **United States v. Victor Rivera**, Docket No.: 20-CR-600 (AKH)

Dear Judge Hellerstein:

     Please be advised that I represent Victor Rivera with regard to the above-referenced case. I am requesting that your Honor issue an order, directing the Bureau of Prisons to incarcerate Mr. Rivera, during the pre-trial detention phase of this case, at a facility located within New York City. Mr. Rivera is currently incarcerated at a facility in Hackensack, New Jersey.  Mr. Rivera's incarceration in Hackensack is an extreme hardship for both his family to visit him and for attorney visits to discuss his case.  Mr. Rivera's family lives in the Bronx and Brooklyn, and it would take them close to two hours to travel to the jail in Hackensack.  It would take me close to one hour and 30 minutes to travel from my office to visit Mr. Rivera at his current location.

     Therefore, Mr. Rivera's current incarceration in Hackensack, New Jersey creates an unfair and undue hardship on Mr. Rivera and his legal representation.  Accordingly, your Honor should issue an order, directing the Bureau of Prisons to transfer Mr. Rivera to a New York City facility during the pre-trial detention phase of his case.

     Thank you for your attention herein.  Please contact me if you have any questions or need any additional information.

Very Truly Yours,

LAZZARO LAW FIRM, P.C.

BY: _____/s/_____
        LANCE LAZZARO

cc:     AUSA Andrew Ken-Wei Chan (via ECF)