UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

UNITED STATES OF AMERICA,

            -against-

VICTOR RIVERA,

                              Defendant.

------------------------------------------------------------- X

**ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A U.S. MAGISTRATE JUDGE**

20 Cr. 600 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Sarah L. Cave on January 19, 2022;

       WHEREAS a transcript of the allocution was made; and

       WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

       IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

SO ORDERED.

Dated: September ⸺, 2022
        New York, New York

                                                   ALVIN K. HELLERSTEIN
                                                   United States District Judge