UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :   **ORDER**
                                                               :
    v.                                                         :   20 Cr. 600 (AKH)
                                                               :
VICTOR RIVERA,                                                 :
                                                               :
                                            Defendant.         :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The Government shall file its opposition brief to Defendant Victor Rivera's § 3582(c)(2) petition by July 18, 2025. Rivera shall file his reply by July 25, 2025.

    SO ORDERED.

Dated:    July __, 2025
             New York, New York

                                                          ALVIN K. HELLERSTEIN
                                                          United States District Judge